# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BOTTA & ASSOCIATES, L.L.C.
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
[CCB-0844]
*Attorneys for Defendants,*
*Borough of Elmwood Park,*
*Elmwood Park Police Dept.,*
*Bruce Hogan, and Vincent Scillieri*

| | |
|---|---|
| ANDRE SHAKOOR,<br><br>        Plaintiff,<br>   vs.<br><br>BOROUGH OF ELMWOOD PARK, ELMWOOD PARK POLICE DEPT., BRUCE HOGAN, individually and in his capacity as a Police Officer of the Elmwood Park Police Dept., VINCENT SCILLIERI, individually and in his capacity as a Police Officer of the Elmwood Park Police Dept., RUTGERS UNIVERSITY, RUTGERS UNIVERSITY POLICE DEPT., BRADLEY MORGAN, individually and in his capacity as a Police Officers of the Rutgers University Police Dept., GREGG A. HIPPE, individually and in his capacity as a Police Officer of the Rutgers University Police Dept., and JOSEPH CHURCHILL, individually and in his capacity as a Police Officer of the Rutgers University Police Dept., JOHN DOES A to Z, whose true identities are presently unknown, individually and in their capacity as members of the Elmwood park Police Dept. or members of the Rutgers University Police Department,<br><br>        Defendant(s). | Civil Action No.: 2:09-cv-04724 (JAG) (MCA)<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

1

The matter in difference in the above titled action having been amicably adjusted by and between the Plaintiff and the Defendants, it is hereby stipulated and agreed that the same be and it is hereby without costs against either party, with prejudice.

**PAUL CASTELEIRO, ESQ.**
*Attorney for Plaintiff*

_____
Paul Castelereiro, Esq.
Dated: 1-27-10

**BOTTA & ASSOCIATES, L.L.C.**
*Attorneys for Defendants,*
*Borough of Elmwood Park,*
*Elmwood Park Police Dept.,*
*Bruce Hogan and Vincent Scillieri*

_____
Christopher C. Botta, Esq.
Dated: 1/13/10

**NORRIS MCLAUGHLIN & MARCUS, PA**
*Attorneys for Rutgers University,*
*Rutgers University Police Department,*
*Officer Bradley Morgan, Rutgers P.D.,*
*Officer Gregg A. Hippe, Rutgers P.D.,*
*Officer Joseph Churchill, Rutgers P.D.*

_____
Edward G. Sponzilli, Esq.
Dated: 1/26/10

<u>**SO ORDERED:**</u>

_____
Hon. Madeline Cox Arleo, U.S.M.J.

2